# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERICO LARA, et al., ) | Case No.: 2:10-cv-00580-GMN-PAL |
| ) | |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| ) | |
| COOPER TIRE & RUBBER COMPANY, ) | |
| et al. , ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendant The Pep Boys Manny Moe & Jack of California's Motion to Strike Plaintiffs' Complaint (ECF No. 15).  Plaintiff has since filed an Amended Complaint (ECF No. 18).  Plaintiffs' amendment appears to address Defendant's concerns.  Defendant has not objected to Plaintiffs' Amended Complaint and has instead filed an Answer to Plaintiffs' Amended Complaint (ECF No. 19).  Therefore, Defendant's Motion to Strike appears to now be moot.

IT IS HEREBY ORDERED that Defendant's Motion to Strike Plaintiffs' Complaint (ECF No. 15) is DENIED as moot.

DATED this 7th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge